**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwight SPEARS, a/k/a Whitney,**
**Defendant–Appellant.**

**No. 01–6597.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Dwight Spears, pro se.

Brian Lee Whisler, Charlotte, NC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Dwight Spears appeals the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United*

*States v. Spears,* No. CR–92–53 (W.D.N.C. Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*